Stephen D. Finestone (125675)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
kfineman@fhlawllp.com

Proposed Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>CAPTAIN CORPORATION,<br><br>Debtor and Debtor-in-Possession. | Case No. 23-30421<br><br>Chapter 11, Subchapter V<br><br>**SUPPLEMENT TO DEBTOR'S BANKRUPTCY PETITION** |

Attached hereto are the following documents that were to be filed with Debtor's bankruptcy petition:

- The most recent copy of Debtor's federal tax return.
- The Board resolution authorizing the bankruptcy filing.

I declare under penalty of perjury that the Debtor does not have a current balance sheet or a profit and loss statement.

Dated: June 29, 2023

By: *\/s/ Shirlin Wong*
Shirlin Wong
Debtor's Responsible Indivdual


Case: 23-30421 Doc# 9 Filed: 06/30/23 Entered: 06/30/23 12:49:32 Page 1 of 14

**WRITTEN CONSENT**
**OF THE BOARD OF**
**CAPTAIN CORPORATION,**
**a California Corporation**

**June 27, 2023**

The undersigned, as the members of the Board of Directors (the "Board") of Captain Corporation, a California Corporation (the "**Company**"), acting by unanimous written consent without a meeting pursuant to Section 307(b) of the California Corporations Code and the Company's bylaws, does hereby consent to the adoption of the following resolutions and agree that such resolutions shall have the same force and effect as if they were approved and adopted at a duly constituted meeting of the Board.

**WHEREAS**, the Board has reviewed the historical performance of the Company, the market for the Company's services and the current and long-term liabilities of the Company as of the date hereof;

**WHEREAS**, the Board has been monitoring the performance of the Company and exploring various alternatives for the Company in connection with its relationship with its creditors, particularly with respect to its real property holdings;

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members, and other interested parties that a voluntary petition (the "**Bankruptcy Case**") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members and other interested parties that the Company file all petitions, motions, declarations, schedules, lists, and other papers or documents necessary or proper to obtain relief under the Bankruptcy Case (the "**Bankruptcy Petitions**"); and

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members and other interested parties that the Company take any and all actions necessary or proper to obtain relief under the Bankruptcy Case, including retaining any and all assistance by legal counsel, financial advisers, accountants and/or other professionals and to take any and all action necessary and proper in connection with the Bankruptcy Case, with a view to the successful prosecution of such case (collectively, the **Bankruptcy Actions**");

**NOW, THEREFORE, BE IT RESOLVED**, that (i) the filing, execution, negotiation, delivery and performance of the Bankruptcy Petitions and the Bankruptcy Actions on behalf of the Company be, and hereby is, approved, confirmed and ratified, and (ii) the Board and anyone acting under the authority of the Board (the "**Authorized Representatives**") be, and each of them acting alone hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute, deliver and perform the Bankruptcy Petitions, the Bankruptcy Actions and such other

ancillary agreements, documents and certificates as the Authorized Officer executing the same determines is necessary or appropriate;

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by the Authorized Representatives of the Company to seek relief under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that the Authorized Representatives of the Company are authorized and directed to engage legal counsel, financial advisers, accountants and/or other professionals, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case and to cause to be filed an appropriate application for authority to retain the services of legal counsel, financial advisers, accountants and/or other professionals to the Company in furtherance of the Company's objectives pursuant to the Bankruptcy Case.

**GENERAL AUTHORIZATION**

**RESOLVED FURTHER**, that the Authorized Representatives, and any Authorized Representative acting alone, be, and each of them acting alone hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute and deliver any and all other agreements, certificates, deeds, instruments, petitions, motions, declarations or other documents required to be filed or entered into or contemplated by the foregoing resolutions, including any certificates, and to do or cause to be done any and all further acts and things which any such Authorized Representative(s) may deem necessary, advisable or appropriate in connection with the execution, delivery and performance of the Bankruptcy Petitions and the Bankruptcy Actions;

**RESOLVED FURTHER**, that the consummation of the actions contemplated by the foregoing resolutions and the execution and delivery by the Authorized Representative, and any Authorized Representative acting alone, of any document, agreement, certificate or instrument and the doing by such Authorized Representative(s) of any act in connection with the foregoing shall conclusively establish his or her authority to do so on behalf of the Company;

**RESOLVED FURTHER**, that any and all actions heretofore taken by the Authorized Representatives, and any Authorized Representative acting alone, in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as fully as if such actions had been presented for approval prior to such actions being taken; and

**RESOLVED FURTHER**, that this consent may be executed in one or more counterparts, and each counterpart shall be deemed an original together constituting one instrument.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of the Company, have executed this Unanimous Written Consent on and as of the date first set forth above.

Shirlin Wong

Form **1120-S** Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123 **2021**

For calendar year 2021 or tax year beginning , ending

| | | |
|---|---|---|
| **A** S election effective date 01/01/1998 | Name: CAPTAIN CORPORATION | **D** Employer identification number 94-3247998 |
| **B** Business activity code number (see instructions) 531390 | Number, street, and room or suite no. If a P.O. box, see instructions. 1870 EL CAMINO REAL SUITE 100 | **E** Date incorporated 05/09/1996 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code BURLINGAME, CA 94010 | **F** Total assets (see instructions) $ 9,332,218. |

TYPE OR PRINT

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | Line | Description | | |
|---|---|---|---|---|
| Income | 1 a | Gross receipts or sales ... b Return and allowances ... c Bal. Subtract line 1b from line 1a | 1c | |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (attach statement) | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | |
| Deductions (See instructions for limitations) | 7 | Compensation of officers (see instrs. - attach Form 1125-E) | 7 | |
| | 8 | Salaries and wages (less employment credits) | 8 | |
| | 9 | Repairs and maintenance | 9 | |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | |
| | 12 | Taxes and licenses STATEMENT 2 | 12 | 800. |
| | 13 | Interest (see instructions) | 13 | |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| | 16 | Advertising | 16 | |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Other deductions (attach statement) | 19 | |
| | 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 800. |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -800. |
| Tax and Payments | 22 a | Excess net passive income or LIFO recapture tax (see instructions) 22a | | |
| | b | Tax from Schedule D (Form 1120-S) 22b | | |
| | c | Add lines 22a and 22b | 22c | |
| | 23 a | 2021 estimated tax payments and 2020 overpayment credited to 2021 23a | | |
| | b | Tax deposited with Form 7004 23b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) 23c | | |
| | d | Add lines 23a through 23c | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| | 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 | Enter amount from line 26: **Credited to 2022 estimated tax** ▶ **Refunded** ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer | Date | ▶ OFFICER Title

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|
| BRADLEY S. CLESS | BRADLEY S. CLESS | | | P00402894 |
| Firm's name ▶ ARMANINO LLP | | | Firm's EIN ▶ 94-6214841 | |
| Firm's address ▶ 12657 ALCOSTA BLVD, STE. 500 SAN RAMON, CA 94583-4600 | | | Phone no. 925-790-2600 | |

**Schedule B** **Other Information** (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [ ] Cash b [X] Accrual c [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the: a Business activity ▶ PROPERTY MANAGEMENT b Product or service ▶ REAL ESTATE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock ▶ | | |
| | (ii) Total shares of non-restricted stock ▶ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year ▶ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ▶ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide info. on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ [ ] If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

## Schedule B Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14 a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996 , line 15 ▶ $ | | |

## Schedule K Shareholders' Pro Rata Share Items

| Section | Line | Description | | | Line | Total amount |
|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | | | 1 | -800. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | | 2 | |
| | 3 a | Other gross rental income (loss) | 3a | | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | 3c | |
| | 4 | Interest income | | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | | 5a | |
| | | b Qualified dividends | 5b | | | |
| | 6 | Royalties | | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | 7 | |
| | 8 a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | | 9 | |
| | 10 | Other income (loss) (see instructions) ... Type ▶ | | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | | 11 | |
| | 12 a | Charitable contributions | | | 12a | |
| | b | Investment interest expense | | | 12b | |
| | c | Section 59(e)(2) expenditures Type ▶ | | | 12c | |
| | d | Other deductions (see instructions) Type ▶ | | | 12d | |
| Credits | 13 a | Low-income housing credit (section 42(j)(5)) | | | 13a | |
| | b | Low-income housing credit (other) | | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | | | 13d | |
| | e | Other rental credits (see instructions) Type ▶ | | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | | 13f | |
| | g | Other credits (see instructions) Type ▶ | | | 13g | |
| International Transactions | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ▶ ☐ | | | | |
| Alternative Minimum Tax (AMT) Items | 15 a | Post-1986 depreciation adjustment | | | 15a | |
| | b | Adjusted gain or loss | | | 15b | |
| | c | Depletion (other than oil and gas) | | | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | | | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | | | 15e | |
| | f | Other AMT items (attach statement) | | | 15f | |
| Items Affecting Shareholder Basis | 16 a | Tax-exempt interest income | | | 16a | |
| | b | Other tax-exempt income | | | 16b | |
| | c | Nondeductible expenses | | | 16c | |
| | d | Distributions (attach statement if required) | | | 16d | |
| | e | Repayment of loans from shareholders | | | 16e | |
| | f | Foreign taxes paid or accrued | | | 16f | |

Form **1120-S** (2021)

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| Other Information | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (att. stmt.) | | |
| Reconciliation | 18 **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | -800. |

| Schedule L — Balance Sheets per Books | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **Assets** | | | | |
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) | STATEMENT 3 | -26,428. | | -12,839. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 8,623,682. | | 8,627,433. | |
| b Less accumulated depreciation | ( 203,640.) | 8,420,042. | ( 203,640.) | 8,423,793. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | 822,799. | | 822,799. |
| 13a Intangible assets (amortizable only) | 87,052. | | 112,505. | |
| b Less accumulated amortization | ( 14,176.) | 72,876. | ( 14,040.) | 98,465. |
| 14 Other assets (att. stmt.) | | | | |
| 15 Total assets | | 9,289,289. | | 9,332,218. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 0. | | 4,691. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 3,849,752. | | 4,984,410. |
| 21 Other liabilities (att. stmt.) | STATEMENT 4 | 10,106. | | 339,931. |
| 22 Capital stock | | 1,608,581. | | 1,608,581. |
| 23 Additional paid-in capital | | 8,318,656. | | 7,319,156. |
| 24 Retained earnings | STATEMENT 5 | -4,497,806. | | -4,924,551. |
| 25 Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 9,289,289. | | 9,332,218. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -426,745. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): a Depreciation $ b Travel and entertainment $ STMT 6 425,945. | 425,945. | 6 Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): a Depreciation $ | |
| | | 7 Add lines 5 and 6 | |
| 4 Add lines 1 through 3 | -800. | 8 Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -800. |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.)

| | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|
| 1 Balance at beginning of tax year | -2,034,043. | | | |
| 2 Ordinary income from page 1, line 21 | | | | |
| 3 Other additions | | | | |
| 4 Loss from page 1, line 21 | ( 800. ) | | | |
| 5 Other reductions | ( ) | | | ( ) |
| 6 Combine lines 1 through 5 | -2,034,843. | | | |
| 7 Distributions | | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -2,034,843. | | | |

Form **1120-S** (2021)

FOOTNOTES STATEMENT 1

NEW SCHEDULE K-2 AND K-3:

THIS S CORPORATION HAS MET THE ADDITIONAL EXCEPTIONS PER IRS SCHEDULE K-2 AND K-3 FREQUENTLY ASKED QUESTIONS ("FAQ") SECTION 15 FOR TAX YEAR 2021. NO SCHEDULE K-2/K-3 HAS BEEN ATTACHED ACCORDINGLY.

Case: 23-30421 Doc# 9 Filed: 06/30/23 Entered: 06/30/23 12:49:32 Page 10 of 14

| FORM 1120S | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CALIFORNIA TAXES - BASED ON INCOME | 800. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 800. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| OVERDRAFT | -26,428. | -12,839. |
| TOTAL TO SCHEDULE L, LINE 6 | -26,428. | -12,839. |

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM RELATED PARTY | 10,106. | 339,931. |
| TOTAL TO SCHEDULE L, LINE 21 | 10,106. | 339,931. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | -4,497,806. |
| NET INCOME PER BOOKS | -426,745. |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | -4,924,551. |


Case: 23-30421 Doc# 9 Filed: 06/30/23 Entered: 06/30/23 12:49:32 Page 11 of 14

SCHEDULE M-1 EXPENSES RECORDED ON BOOKS THIS YEAR NOT INCLUDED ON SCHEDULE K STATEMENT 6

| DESCRIPTION | AMOUNT |
| --- | --- |
| NONDEDUCTIBLE EXPENSE | 425,945. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 425,945. |

Case: 23-30421 Doc# 9 Filed: 06/30/23 Entered: 06/30/23 12:49:32 Page 12 of 14

671121

**Schedule K-1 (Form 1120-S)**

Department of the Treasury
Internal Revenue Service

# 2021

For calendar year 2021, or tax year beginning ______ ending ______

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See separate instructions.

Final K-1 Amended K-1 OMB No. 1545-0123

### Part I Information About the Corporation

**A** Corporation's employer identification number
94-3247998

**B** Corporation's name, address, city, state, and ZIP code

CAPTAIN CORPORATION
1870 EL CAMINO REAL SUITE 100
BURLINGAME, CA 94010

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year ........ 1.00
End of tax year ........ 1.00

### Part II Information About the Shareholder

**E** Shareholder's identifying number
XXXXXXXXXXXX

**F** Shareholder's name, address, city, state, and ZIP code

SHIRLIN WONG
30 FALKIRK LANE
HILLSBOROUGH, CA 94010

**G** Current year allocation percentage ... 100.000000 %

**H** Shareholder's number of shares
Beginning of tax year ........ 1.00
End of tax year ........ 1.00

**I** Loans from shareholder
Beginning of tax year ........ $
End of tax year ........ $

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -800. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ▶ ☐ |
| 6 | Royalties | 15 | Alternative min tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| 10 | Other income (loss) | | |
| | | | |
| | | | |
| | | | |
| | | 17 | Other information |
| 11 | Section 179 deduction | | |
| 12 | Other deductions | | |

18 More than one activity for at-risk purposes*
19 More than one activity for passive activity purposes*

*See attached statement for additional information.



Case: 23-30421 Doc# 9 Filed: 06/30/23 Entered: 06/30/23 12:49:32 Page 13 of 14

SCHEDULE K-1 FOOTNOTES

NEW SCHEDULE K-2 AND K-3:

THIS S CORPORATION HAS MET THE ADDITIONAL EXCEPTIONS PER IRS SCHEDULE K-2 AND K-3 FREQUENTLY ASKED QUESTIONS ("FAQ") SECTION 15 FOR TAX YEAR 2021. NO SCHEDULE K-3 HAS BEEN ATTACHED ACCORDINGLY.

Case: 23-30421 Doc# 9 Filed: 06/30/23 Entered: 06/30/23 12:49:32 Page 14 of 14