Stephen D. Finestone (125675)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>CAPTAIN CORPORATION,<br><br>Debtor and Debtor-in-Possession. | Case No. 23-30421<br><br>Chapter 11, Subchapter V<br><br>**DEBTOR'S PRE-STATUS CONFERENCE REPORT PURSUANT TO 11 U.S.C. § 1188(c)**<br><br>Initial Status Conference:<br>Date:  August 17, 2023<br>Time:  10:00 AM<br>Judge: Hon. Dennis Montali<br>Place: Via Tele/Videoconference |

Pursuant to the Court's order dated June 30, 2023 [Doc. No. 8] and Bankruptcy Code Section 1188(c), debtor and debtor-in-possession Captain Corporation ("Captain") submits the following pre-status conference report.

**I.  INTRODUCTION**

Captain is a California corporation with its principal place of business in Burlingame, California.  Captain is in the business of real estate investment. It was formed in 1996 by Shirlin Wong and Cheryl Tsao. Dr. Wong serves as Captain's President. Ms. Tsao serves as the Captain's Secretary and Chief Financial Officer. Dr. Wong is the beneficial owner of 100% of the equity interests in Captain through a living trust.

Captain's primary asset is a residential property located at 30 Falkirk Lane, Hillsborough, California (the "Property").  The latest appraisal of the Property, dated

September 9, 2021, valued the Property at $10,000,000 (the "Appraisal"). The Appraisal was obtained by secured creditor Val-Chris Investments, Inc. ("Val-Chris"), as a condition to the issuance of its loan to Captain dated September 15, 2021.

Two lenders have outstanding loans secured by the Property (the "Secured Creditors"). The combined amount outstanding on both loans is approximately $5,191,877. The loans were in default pre-petition—the first position loan (held by Shanghai Commercial Bank) by approximately 3 monthly payments and the second position loan by approximately 9 monthly payments. Val-Chris, the holder of the second deed of trust, was heading toward a foreclosure sale. Captain, through its attorneys, was in active negotiations with Val-Chris to reinstate the loan. During the last week of May 2023, Captain was advised that Val-Chris, with an approximate debt of $3,021,877, proceeded with a foreclosure sale as to Property on May 16, 2023 (the "Pending Foreclosure"). This revelation by Val-Chris came as a surprise to Captain, as it believed forbearance discussions and consideration were still on-going based on communications as late as May 11, 2023. Moreover, Captain did not receive a mailed notice of sale as required by California law.

The Pending Foreclosure was not finalized prior to Captain's bankruptcy filing on June 28, 2023. Additional steps were required after the initial date of the foreclosure in accordance with new residential foreclosure laws effective as of January 1, 2021. (See California Civil Code Section 2924m) Captain also believes the Pending Foreclosure is invalid as it was not properly noticed. Through this bankruptcy case, Captain intends to cure and reinstate the loans and continue paying the loans pursuant to their terms.

## II. ADMINISTRATIVE STATUS

Captain has timely responded and completed all document requests by the Office of the United States Trustee ("UST") and provided copies of all such documents to the Subchapter V Trustee, Gina Klump. On July 18, 2023, Captain's Responsible Individual and undersigned counsel telephonically attended the Initial Debtor Interview with the UST and the Subchapter V Trustee. The Meeting of Creditors, under Bankruptcy Code Section 341, was held telephonically on July 25, 2023 (the "341 Meeting"). The 341 Meeting lasted approximately 2

2

hours and was continued to August 8, 2023 at 10:00 AM. In addition to the representative from the UST and Ms. Klump, two attorneys for Shanghai Commercial and an attorney for Val-Chris attended the initial 341 meeting. Both the UST and Subchapter V Trustee have had follow up communications with Debtor's Counsel after the 341 Meeting.

Captain has also been in communication with counsel for the first position secured lender, Shanghai Commercial Bank "SCB"). SCB requested and Captain provided evidence of insurance on the Property. Captain further confirmed the secured lenders are listed at the mortgagees under the insurance policy and provided SCB further evidence of the same.

### III. WORK TOWARD A CONSENSUAL PLAN

Captain has drafted and is in the process of finalizing a proposed Plan of Reorganization (the "Plan"). Captain anticipates filing the Plan prior to the Status Conference. The Plan proposes to cure all defaults on the loans within 120 days of the Effective Date. The Secured Lenders will also begin receiving regular monthly payments upon the Effective Date. The accrued real property taxes, totaling approximately $26,680, will be paid within 120 days of the Effective Date. Allowed administrative, priority claims, and general unsecured claims, if any, will be paid in full through the Plan. The Plan will be funded by a new value contribution by Dr. Shirlin Wong. Captain believes no class of claims will be impaired under the Plan.

Dated: August 2, 2023                   FINESTONE HAYES LLP

By:     */s/ Stephen D. Finestone*
       Stephen D. Finestone
       Counsel for Debtor Captain Corporation