UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: CAPTAIN CORPORATION

Debtor(s)

Bankruptcy No.: 23-30421-DM
R.S. No.: ALG-1
Hearing Date: 10/12/2023
Time: 9:30 AM

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 06/28/2023     Chapter: 11
    Prior hearings on this obligation: _____     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [✓] or lessor [ ]
   Fair market value: $_____          Source of value: _____
   Contract Balance: $_____           Pre-Petition Default: $_____
   Monthly Payment: $_____                   No. of months: _____
   Insurance Advance: $_____          Post-Petition Default: $_____
                                               No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 30 Falkirk Lane, Hillsborough, CA, 94010

   Fair market value: $ 6,000,000.00    Source of value: Schedules A/B & D    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.): Second Deed of Trust

   Approx. Bal. $ 74,639.12             Pre-Petition Default: $ 220,740.57     Amounts include fees, costs,
   As of (date): 3/25/2022                      No. of months: 9               missed payments, interest,
   Mo. payment: $ Total Debt            Post-Petition Default: $ 73,580.19     escrow, late charges and
   Notice of Default (date): _____            No. of months: 3               motion fee.
   Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | | Amount | Mo. Payment | Defaults |
   |---|---|---|---|---|
   | 1st Trust Deed: | Shanghai Bank | $ 673,047.11 | $ Unknown | $ Unknown |
   | 2nd Trust Deed: | Movant | $ 74,639.12 | $ 24,526.73 | $ 294,320.76 |
   | San Mateo Couty (Taxes) | : | | | |
   | | : | | | |
   | | : | | | |
   | | (Total) $ | 747,686.23 | $ 24,526.73 | $ 294,320.76 |

(D) Other pertinent information: Please refer to Memorandum of Points and Authorities filed concurrently with Movant's Motion for Relief from the Automatic Stay.

Dated: 9/22/2023

/s/ Arnold L. Graff
Signature
Arnold L. Graff, Esq.
Print or Type Name

Attorney for Movant.