Entered on Docket
December 22, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 21, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CAPTAIN CORPORATION,<br><br>Debtor and Debtor-in-Possession. | Case No. 23-30421<br><br>Chapter 11, Subchapter V<br><br>**ORDER IMPLEMENTING DISMISSAL PROCEDURES**<br><br>**Date:** December 6, 2023<br>**Time:** 10:00 a.m.<br><br>Tele/video conference |

The Court having considered the *Motion to Dismiss Chapter 11 Case* (the "Motion"), the objections thereto, and the representations of counsel for the Debtor and secured creditors at the hearing on the Motion, together with the supporting pleadings filed, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted as provided in this Order.

2. The Debtor is the fee-simple owner of the real property and improvements located at 30 Falkirk Lane, Hillsborough, California 94010 (the "Property"). Shanghai Commercial Bank ("SCB") holds a senior lien and security interest against the Property and Val-Chris Investments ("Val-Chris"), holds a junior lien and security interest against the Property. SCB and Val-Chris are collectively referred to herein as the "Lender Parties."

3. The Trustee's Deed Upon Sale ("TDUS") recorded by Val-Chris with respect to the Property on July 7, 2023, is deemed null and void as a matter of law as being in violation of the automatic stay of Bankruptcy Code Section 362. Upon Debtor's confirmation to counsel for Val-Chris that the SCB Reinstatement (defined below) has been made, Val-Chris shall promptly rescind or otherwise remove the TDUS.

4. The following dismissal procedures (the "Dismissal Procedures") govern the prospective dismissal of this bankruptcy case:

    a. **Payment to the Lender Parties and the Subchapter V Trustee.**

        i. Within five days of the entry of this order, Debtor shall pay SCB the sum of $421,421.63, representing payment arrears of $146,421.63 plus attorneys' fees of $275,000 pursuant to wire instructions to be provided by SCB (the "SCB Reinstatement.")

        ii. Within five days of the entry of this order, Debtor shall pay Val-Chris the sum of $447,914.95 representing payment arrears of $336,089.55 plus attorneys' fees of $11,825.40 pursuant to wire instructions to be provided by Val-Chris (the "Val-Chris Reinstatement").

        iii. The Subchapter V Trustee's approved fees shall be paid within five business days from entry of this Order.

    b. **Property Taxes; Property Insurance.**

        i. The Debtor must pay all outstanding and past-due real property taxes, including penalties, late fees, and interest, within five business days of entry of this Order (the "Past Taxes"). The Debtor must remain current on the payment of future real property taxes.

        ii. The Debtor must pay all outstanding and past-due property insurance premiums, if any, within five business days of entry of this Order (if any) and/or reimburse the Lender Parties for making advances for the same (the "Past Premiums"). The Debtor must provide SCB with a copy of its property insurance policy explicitly identifying SCB as an additional insured. The Debtor must remain current on the payment of future property insurance premiums.

    c. **Dismissal Order.** The Debtor will submit to the Bankruptcy Court for entry the attached order dismissing the bankruptcy case (the "Dismissal Order"), within five business days after completion of, (a) the SCB Reinstatement, the Val-Chris Reinstatement, the Past Taxes, and the Past Premiums (if any).

The Bankruptcy Court shall retain jurisdiction over this matter to enforce the terms of this order and the Dismissal Order and any disputes thereunder.

   d. **<u>Reinstatement.</u>**

      i. Upon Debtor's payment of the SCB Reinstatement, the Val-Chris Reinstatement, the Past Taxes and entry of the Dismissal Order, the SCB loan and the Val-Chris loan shall be deemed to be reinstated. SCB is deemed to have waived/consented to <u>only</u> the following defaults under the SCB loan documents, including the guaranty: (a) the junior lien and security interest against the Property held by Val-Chris, (b) the lease in favor of Dr. Shirlin Wong and Cheryl Tsao for which the Debtor has sought Bankruptcy Court approval, and (c) the filing of the instant bankruptcy.

   e. **<u>Defaults and Filing Bar.</u>**

      i. It is an event of default (a "<u>Default</u>") under this Order and the Dismissal Order (as applicable), if (a) the Debtor fails to comply with these Dismissal Procedures at any time, or (b) the Debtor defaults under any provision of any loan document with a Lender Party, excluding those items waived or consented to by SCB in section 4.d.i above.

      ii. Debtor agrees that after entry of the Dismissal Order, it shall be barred from filing a subsequent bankruptcy for 360 days from the date of the entry of the Dismissal Order. In the event of a Default, then, at SCB's sole discretion, SCB may exercise and is entitled to exercise any rights and remedies provided under the SCB loan documents and applicable law.

   f. **<u>Loan Documents; Full Force and Effect.</u>** Except as modified herein, all SCB loan documents remain in full force and effect in accordance with their terms.

5. This Order is binding on and applicable to all successors, assigns, representatives, and heirs of the Debtor, Dr. Shirlin Wong, Val-Chris, and SCB.

6. The Bankruptcy Court retains exclusive jurisdiction over the enforcement and the subject matter of this Order and the Dismissal Order.

** END OF ORDER **

Signatures follow

| | | |
|---|---|---|
| 1 | Dated December 21, 2023 | FINESTONE HAYES LLP |
| 2 | | By: /s/ Stephen D. Finestone |
| 3 | | Stephen D. Finestone |
| | | Counsel to Debtor |
| 4 | | |
| 5 | Dated December 21, 2023 | DR. SHIRLIN WONG (for herself and the Debtor) |
| 6 | | |
| 7 | | By: /s/ Shirlin Wong |
| | | Dr. Shirlin Wong |
| 8 | | |
| 9 | Dated December 21, 2023 | SQUIRE PATTON BOGGS (US) LLP |
| 10 | | By: _____ |
| 11 | | Kelly Singer |
| | | Counsel to Shanghai Commercial |
| 12 | | Bank |
| 13 | | |
| 14 | Dated December 21, 2023 | WRIGHT FINLAY & ZAK LLP |
| 15 | | By: _____ |
| | | Arnold L. Graff |
| 16 | | Counsel to Val-Chris Investments, LLC |
| 17 | | |
| 18 | Dated December 21, 2023 | VAL-CHRIS INVESTMENTS, LLC |
| 19 | | By: _____ |
| 20 | | [_____] |

| | | |
|---|---|---|
| 1 | Dated December 21, 2023 | FINESTONE HAYES LLP |
| 2 | | By: _____ |
| 3 | | Stephen D. Finestone |
| 4 | | Counsel to Debtor |
| 5 | Dated December 21, 2023 | DR. SHIRLIN WONG (for herself and the Debtor) |
| 6 | | |
| 7 | | By: _____ |
| 8 | | Dr. Shirlin Wong |
| 9 | Dated December 21, 2023 | SQUIRE PATTON BOGGS (US) LLP |
| 10 | | By: /s/ Kelly Singer |
| 11 | | Kelly Singer |
| 12 | | Counsel to Shanghai Commercial Bank |
| 13 | Dated December 21, 2023 | WRIGHT FINLAY & ZAK LLP |
| 14 | | |
| 15 | | By: _____ |
| 16 | | Arnold L. Graff |
| 17 | | Counsel to Val-Chris Investments, LLC |
| 18 | Dated December 21, 2023 | VAL-CHRIS INVESTMENTS, LLC |
| 19 | | By: _____ |
| 20 | | [_____] |

4

3. The Trustee's Deed Upon Sale ("TDUS") recorded by Val-Chris with respect to the Property on July 7, 2023, is deemed null and void as a matter of law as being in violation of the automatic stay of Bankruptcy Code Section 362. Upon Debtor's confirmation to counsel for Val-Chris that the SCB Reinstatement (defined below) has been made, Val-Chris shall promptly rescind or otherwise remove the TDUS.

4. The following dismissal procedures (the "Dismissal Procedures") govern the prospective dismissal of this bankruptcy case:

   a. **Payment to the Lender Parties and the Subchapter V Trustee.**

      i. Within five days of the entry of this order, Debtor shall pay SCB the sum of $421,421.63, representing payment arrears of $146,421.63 plus attorneys' fees of $275,000 pursuant to wire instructions to be provided by SCB (the "SCB Reinstatement.")

      ii. Within five days of the entry of this order, Debtor shall pay Val-Chris the sum of $447,914.95 representing payment arrears of $$336,089.55 plus attorneys' fees of $11,825.40 pursuant to wire instructions to be provided by Val-Chris (the "Val-Chris Reinstatement"). — *[handwritten: FIGURES TO BE UPDATED BY VAL-CHRIS BY 12/22/2023]*

      iii. The Subchapter V Trustee's approved fees shall be paid within five business days from entry of this Order.

   b. **Property Taxes; Property Insurance.**

      i. The Debtor must pay all outstanding and past-due real property taxes, including penalties, late fees, and interest, within five business days of entry of this Order (the "Past Taxes"). The Debtor must remain current on the payment of future real property taxes.

      ii. The Debtor must pay all outstanding and past-due property insurance premiums, if any, within five business days of entry of this Order (if any) and/or reimburse the Lender Parties for making advances for the same (the "Past Premiums"). The Debtor must provide SCB with a copy of its property insurance policy explicitly identifying SCB as an additional insured. The Debtor must remain current on the payment of future property insurance premiums.

   c. **Dismissal Order.** The Debtor will submit to the Bankruptcy Court for entry the attached order dismissing the bankruptcy case (the "Dismissal Order"), within five business days after completion of, (a) the SCB Reinstatement, the Val-Chris Reinstatement, the Past Taxes, and the Past Premiums (if any).

Dated December 21, 2023        FINESTONE HAYES LLP

                               By: _____
                                   Stephen D. Finestone
                                   Counsel to Debtor

Dated December 21, 2023        DR. SHIRLIN WONG (for herself and the Debtor)

                               By: _____
                                   Dr. Shirlin Wong

Dated December 21, 2023        SQUIRE PATTON BOGGS (US) LLP

                               By: _____
                                   Kelly Singer
                                   Counsel to Shanghai Commercial Bank

Dated December 21, 2023        WRIGHT FINLAY & ZAK LLP

                               By: /s/ _____
                                   Arnold L. Graff
                                   Counsel to Val-Chris Investments, LLC

Dated December 21, 2023        VAL-CHRIS INVESTMENTS, LLC

                               By: /s/ _____
                                   [            ]

4

Stephen D. Finestone (125675)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CAPTAIN CORPORATION,<br><br>Debtor and Debtor-in-Possession. | Case No. 23-30421<br><br>Chapter 11, Subchapter V<br><br>**ORDER DISMISSING CHAPTER 11 CASE**<br><br>Tele/video conference |

The Court having granted Debtor's *Motion to Dismiss Chapter 11 Case* (the "Motion"), and having entered the Order Implementing Dismissal Procedures (the "Order"); Debtor having completed the dismissal procedures and having made the payments authorized in the Order, as indicated by the signatures below of counsel for the Shanghai Commercial Bank and Val-Chris Investments.

IT IS HEREBY ORDERED that:

1. This Chapter 11 case is hereby dismissed.

2. The Bankruptcy Court shall retain jurisdiction to enforce and interpret the terms of this order.

** END OF ORDER **

| | | |
|---|---|---|
| Dated: December ___, 2023 | SQUIRE PATTON BOGGS (US) LLP | |
| | By: _____ | |
| | Kelly Singer | |
| | Counsel for Shanghai Commercial Bank | |

Dated: December ___, 2023

WRIGHT, FINLAY & ZAK, LLP

By: _____
Arnold L. Graff
Counsel for Secured Creditor Donald K. Reitzfeld; Daroll Leverne Frewing and Dolores Ferm Frewing, Trustees or the Survivor of them of the Frewing Family Trust Dated August 12, 1998, et al.