

Signed and Filed: December 29, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 Stephen D. Finestone (125675)
Kimberly S. Fineman (184433)
2 FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
3 San Francisco, California 94104
Tel. (415) 421-2624
4 Fax (415) 398-2820
sfinestone@fhlawllp.com
5
Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re

CAPTAIN CORPORATION,

    Debtor and Debtor-in-Possession.

Case No. 23-30421

Chapter 11, Subchapter V

**ORDER DISMISSING CHAPTER 11 CASE**

Tele/video conference

    The Court having granted Debtor's *Motion to Dismiss Chapter 11 Case* (the "Motion") and having entered the Order Implementing Dismissal Procedures (ECF 99 - the "Order"); Debtor having completed the dismissal procedures and having made the payments authorized in the Order, as indicated by the signatures below of counsel for the Shanghai Commercial Bank and Val-Chris Investments.

    IT IS HEREBY ORDERED that:

    1.    This Chapter 11 case is hereby dismissed.

    2.    The Bankruptcy Court shall retain jurisdiction to enforce and interpret the terms of this order.

** END OF ORDER **

Dated: December 27, 2023          SQUIRE PATTON BOGGS (US) LLP

By:      */s/ Kelly Singer*
        Kelly Singer
        Counsel for Shanghai Commercial Bank

Dated: December 27, 2023

        WRIGHT, FINLAY & ZAK, LLP

By:      */s/ Arnold L. Graff*
        Arnold L. Graff
        Counsel for Secured Creditor Donald K.
        Reitzfeld; Daroll Leverne Frewing and Dolores
        Ferm Frewing, Trustees or the Survivor of them
        of the Frewing Family Trust Dated August 12,
        1998, et al.